UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRISTIAN AROLDO PINEDA DIAZ,
    Plaintiff,

v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; PATRICIA HYDE, Acting Director of the Boston Field Office, U.S. Immigration and Customs Enforcement, in their official capacities
    Defendants.

C.A. No. 1:25-CV-00642-MSM-PAS

ORDER

Mary S. McElroy, United States District Judge.

    Before the Court is Petitioner, Cristian Aroldo Pineda Diaz's Emergency Petition for Writ of Habeas Corpus filed as a result of an order entered on January 8, 2026, by an Immigration Judge of the Chelmsford Immigration Court and which was attached to his petition. (ECF No. 5-2). Previously this Court had ordered that the government provide Mr. Pineda Diaz with a bond hearing pursuant to 8 U.S.C. § 1226(a) within thirty days of December 22, 2025. The petitioner alleges, through affidavit of his attorney (ECF No. 5-1), that he was not provided with notice of the date and time of his bond hearing, and that his attorney was not provided with an opportunity to present evidence on his behalf.

Aliens subject to detention must be afforded both substantive and procedural due process. "Noncitizens, even those subject to a final removal order, are entitled to due process, '[f]reedom from . . . government custody . . . lies at the heart of the liberty that the [Due Process] Clause protects.'" *Perez-Escobar v. Moniz*, 792 F. Supp. 3d 224, 226 (D. Mass. 2025) (quoting *Zadvydas v. Davis*, 533 U.S. 678, 690, 693-94, 121 S. Ct. 2491, 150 L. Ed. 2d 653 (2001)). The petitioner raises serious concerns about the government's deprivation of his rights to procedural due process. "[T]he essential requirements of procedural due process include adequate notice and an opportunity to be heard at a meaningful time and in a meaningful manner." *Id.* (internal citations omitted.

Accordingly, the Court allows the habeas petition (ECF No. 5) as follows. The respondents are ENJOINED from relying or acting upon the January 8, 2026, bond determination until further order of this Court. The government is ordered to respond to this petition by January 13, 2026.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

January 9, 2026